# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-1128-ABJ-PAC

KEITH WILLY,

       Plaintiff,

  v.

AMERITON PROPERTIES INC., ARCHSTONE-SMITH TRUST, JEFFRY A. JONES, and JOHN BIALLAS,

       Defendants.

## ORDER WITHDRAWING MOTION FOR
## REVIEW OF TAXATION OF COSTS

THIS MATTER having come before the Court pursuant to Defendants' Motion to Withdraw Motion for Review of Taxation of Costs, and the Court being fully advised in the premises, it is hereby

ORDERED that the Motion for Review of Taxation of Costs shall be withdrawn.

DATED this 4th day of December, 2006.

                          BY THE COURT:

                          */s/ Alan B. Johnson*

                          U.S. DISTRICT COURT JUDGE